UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

       Plaintiff,

       v.

JERRY DEAN FREY, et al.,

       Defendants.
_____/

No. C 05-0035 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

       Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

       The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: June 27, 2005

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge