LAW OFFICES OF

# STANTON, KAY & WATSON, LLP

101 NEW MONTGOMERY STREET, FIFTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
———
TELEPHONE (415) 512-3501
FAX (415) 512-3515
WWW.SKWSF.COM

JAMES P. WATSON
JAMES P. WATSON
JamesW@skwsf.com

September 19, 2005

Nichole Heuerman
Deputy Clerk to the Honorable Judge Phyllis J. Hamilton
Office of the Clerk
17th Floor, Courtroom 3
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    Gil Crosthwaite et al. v. Jerry Dean Frey**
**USDC (S.F.) Case No. C05-0035 PJH**
**Request for Continuance of Case Management Conference Until October 27, 2005**
**Our File:  32.194**

Dear Ms. Heuerman:

Please be advised our Firm has substituted in for Tracy Mainguy, Esq.

This letter confirms the telephone conversation of today regarding continuation of the Case Management Conference scheduled for September 29, 2005.

The reason for the requested continuance is that on August 29, 2005, the Magistrate Judge Chen issued a Report and Recommendation re Plaintiffs' Motion for Default Judgment in the above matter.  It is recommended in the report that the motion for entry of default judgment should be granted.

In the interest of preserving the parties and the Court's resources, and in the interst of establishing a meaningful, realistic case scheduling order, our Firm is requesting the Case Management Conference set for September 29, 2005 be continued to October 27, 2005 at 2:30 p.m.

Very truly yours,

James P. Watson

JPW:djp
cc:    Wayne McBride
Defendant Jerry Dean Frey

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

F:\CASES\30\32.194 Frey\ltr court 091905.doc