UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

        Plaintiffs,

     v.

JERRY DEAN FREY, individually and
d/b/a J.D. FREY EXCAVATING,

        Defendant.

_____/

No. C 05-0035 PJH

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

     The court has reviewed Magistrate Judge Chen's report and recommendation regarding plaintiff's motion for default judgment.  Defendant filed no objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion for default judgment is GRANTED.

     The court awards $4,376.61 in unpaid contributions, $648.25 in liquidated damages, $2,439.76 in interest, and $1,861.50 in attorneys' fees and costs, for a total of $9,326.12.

**IT IS SO ORDERED.**

Dated:  September 26, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge